UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 27 P 5:21

Burgeson
   v.
City of New Haven, et al

3:02cv860 (AVC)(TPS)

## MOTION FOR EXTENSION OF TIME

Pursuant to L. Civ. R. 9(b) the plaintiff in the above-captioned complaint moves the court for a 90-day extension of time on its issued scheduling order deadline of 10-31-03, for the following reasons:

1. The defendants have not answered the plaintiff's discovery requests in time, and defendants J.D. Smith and Warren Palmer have not answered his Interrogatories and Requests for Production at all.

2. The plaintiff has filed, along with the instant motion, a motion to compel discovery, and reasons that he will need at least 90 days to complete it.

3. The plaintiff wishes to engage in further discovery as well, and needs the additional time, especially so since the defendants are proving non-compliant and unresponsive

to discovery requests already made.

4. The plaintiff has been unable to get a response to his inquiries about unanswered discovery requests from the defendants' counsel, Michael Wolak. (See attached copies of letters)

THEREFORE: The plaintiff asks the court to grant this motion.

Signed,
Joseph Burgison
1153 East St. South
Suffield, CT 06080

Date: 10-23-03

9-3-03

Dear Attorney Wolak:

I write to inquire about the responses from Lt. J.D. Smith and Officer Warren Palmer to my Interrogatories of May 2, 2003 and June 16th, 2003, and to my Requests For Production Of Documents of May 2, 2003, please.

Enclosed as well are re-submissions of Interrogatories and Requests For Production that are relevant, specific, and reasonably compliable.

Signed,
Joseph Burgeson

9-26-03

Dear Mr. Wolak:

I'm writing to again inquire about discovery requests which have not yet been met. These include Interrogatories and Requests for Production from Officer Warren Palmer and Lt. J.D. Smith, as amended, as well as re-submitted requests for Interrogatories and Production for all the defendants. Should I not receive a response in a reasonable amount of time, and as this is my second letter of inquiry about unanswered discovery requests, I will next file a motion to compel with the court.
Signed,
Joseph Burgeson
1153 East St. South
Suffield, CT 06080

# CERTIFICATION

I, Joseph Burgeson, do hereby certify and subscribe, under penalty of perjury, that I am the movant in the foregoing Motion For Extension Of Time, and that the facts and statements contained therein are true to the best of my knowledge and belief.

Signed,
Joseph Burgeson
1153 East St. South
Suffield, CT 06080

Date: 10-23-03

# CERTIFICATION

This is to certify that a copy of the foregoing Motion For Extension Of Time was mailed on 10-23-03 to the following:

Michael Wolak
Corporation Counsel
165 Church St.
New Haven, CT 06510

Signed,
Joseph Burgeson