FILED

UNITED STATES DISTRICT COURT

2004 FEB -2 P 4:18

DISTRICT OF CONNECTICUT

US DISTRICT COURT

Burgeson

v.

City of New Haven

3:02cv 860 (AVC)(TPS)

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The plaintiff in the above-captioned complaint moves the court for leave to file the attached amended complaint for the following reasons:

1. The plaintiff has learned the identities of all the New Haven Police Officers that were present at his arrest and beating, and drops Officers Craig Alston, Wilfredo Cruz, and Samuel Brown, as well as Officers John Doe and Jane Doe. He adds Officers Darryl Cargill and Joe Pease, Jr.

2. The plaintiff needs to add medical claims, as well as an emotional/mental claim.

3. The plaintiff needs to add claims against the defendant officers, and to correct deficiencies noted by the court.

4. The plaintiff needs to amend and add claims against the City of New Haven. The plaintiff has filed a Motion To Reconsider with the court over its recent decision to dismiss his claim against the city, and over its decision to decline to exercise supplemental jurisdiction. Should he not persuade the court in his favor on his motion, the plaintiff intends to appeal its decision in federal circuit court, and he makes this amendment while pursuing these related issues.

5. The plaintiff needs to correct omissions and make deletions in his narrative of the facts, and to tighten and clarify it as well.

6. The plaintiff wishes to increase the amount in damages he is seeking from all the defendants.

7. In a Ruling and Order of 1-8-04, the court denied the plaintiff's motion to amend because of deficiencies and errors in his complaint, and ordered him to correct these and to resubmit his amended complaint within 30 days. The plaintiff complies herein, but asks the court to reserve his right to amend his complaint under Rule 15 and as justice requires, because he is still gathering, or attempting to gather, information through discovery. The plaintiff can't know what he doesn't know, regarding legal procedure, but is doing his utmost to learn, as well as to always comply with the court's orders and time requirements, and so he asks the court's forbearance.

WHEREFORE: For the foregoing stated reasons, the plaintiff asks that the court grant him leave to amend his complaint.

Date - 1-27-04

Joseph Burgeson


DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that the statements and facts in the foregoing Motion For Leave To File An Amended Complaint are true and correct. 28 U.S.C.§1746; 18 U.S.C. §1621.

Date: 1-27-04

Joseph Burgeson

CERTIFICATION

This is to certify that a copy of the foregoing Motion For Leave To File Amended Complaint and the attached Amended Complaint were mailed, postage prepaid, on January 29th, 2004 to the following:

Michael Wolak
Asst. Corporation Counsel
165 Church St.
New Haven, CT 06510

Joseph Bungeson