FEB 0 2 2004

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT       2004 FEB 17 P 4: 02

Burgeson
v.                              3:02cv860 (AVC) (TPS)
City of New Haven

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above-captioned complaint moves the court for an extension of time on the 30-day time requirement for filing a notice of appeal for the following reasons:

1. On January 12, 2004, the court, ruling on a motion to dismiss the plaintiff's claim against the City of New Haven, granted the motion and declined to exercise supplemental jurisdiction.

2. On January 23, 2004 the plaintiff mailed to the court a motion to reconsider its ruling dismissing his claim against the City of New Haven, and its decision to decline to exercise supplemental jurisdiction.

3. The plaintiff wishes to reserve his right to appeal the court's decision of January 12, 2004 until his motion to reconsider is ruled on.

CONCLUSION: The plaintiff, for the foregoing reasons, asks the court for an extension of time on the 30-day requirement for filing a notice of appeal until his motion to reconsider is ruled on.

January 29, 2004                                        Joseph Burgeson

## DECLARATION

The undersigned declares under penalty of perjury that the statements and facts in the foregoing Motion For Extension of Time are true and correct. 28 U.S.C. §1746; 18 U.S.C. 1621.

January 29, 2004                                        Joseph Burgeson

## CERTIFICATION

This is to certify that a copy of the foregoing motion for extension of time was mailed, postage prepaid, on January 29, 2004 to the following:

Asst. Corporation Counsel Michael Wolak
165 Church St.
New Haven, CT 06510

-Joseph Burgeson