AO 240 (1/94)    (note)* ALSO INCLUDE A SIX MONTH LEDGER FROM YOUR UNIT COUNSELOR

# United States District Court

### DISTRICT OF

FILED

2004 AUG 24 P 3: 04

Joseph Burgeson
Plaintiff

v.

City of New Haven, et al
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**PRISONER**

CASE NUMBER: 3:02CV860 (AVC)(TPS)

I, Joseph Burgeson _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          ☒ Yes          ☐ No          (If "No" go to Part 2)

    If "Yes" state the place of your incarceration McDougall Corr. Inst. Suffield, CT

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☒ No
    b.  Rent payments, interest or dividends                          ☐ Yes          ☒ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
    d.  Disability or workers compensation payments          ☐ Yes          ☒ No
    e.  Gifts or inheritances                                            ☐ Yes          ☒ No
    f.  Any other sources                                               ☐ Yes          ☒ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    *None*

I declare under penalty of perjury that the above information is true and correct.

_8-18-04_
DATE

_Joseph Burgeson_
SIGNATURE OF APPLICANT

## CERTIFICATE

(incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __117. 21__ on account to his/her credit at (name of institution) __MacDougall C. I.__ . I further certify that the applicant has the following securities to his/her credit: __N/A__

_____ . I further certify that during the past six months the applicant's average balance was $ __25. 24__ .

_8-18-04_
DATE

_L Bowman, Correctional Counselor_
SIGNATURE OF AUTHORIZED OFFICER

Case 3:02-cv-00860-AVC   Document 61   Filed 08/24/2004   Page 3 of 4

T R U S T   A C C O U N T   S T A T E M E N T

DOC:  0000014101     Name: BURGESON, JOSEPH JEFFREY          DOB: 03/18/1955
LOCATION: 137-L

                                                    Max Date:

ACCOUNT BALANCES  Total :      198.69   CURRENT:      198.69   HOLD:        0.00

                         02/01/2004      08/17/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| PLRA | 12.28 | 81.48 |
| SPENDABLE BALANCE | 15.23 | 117.21 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

### TRANSACTION DESCRIPTIONS -- HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

### TRANSACTION DESCRIPTIONS -- PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/03/2004 | DED | Deduction-PLRA-01272004 | 4.00 | 16.28 |
| 03/17/2004 | DED | Deduction-PLRA-01272004 | 3.00 | 19.28 |
| 04/14/2004 | DED | Deduction-PLRA-01272004 | 5.00 | 24.28 |
| 04/21/2004 | DED | Deduction-PLRA-01272004 | 4.20 | 28.48 |
| 05/14/2004 | DED | Deduction-PLRA-01272004 | 3.20 | 31.68 |
| 05/25/2004 | DED | Deduction-PLRA-01272004 | 8.00 | 39.68 |
| 06/24/2004 | DED | Deduction-PLRA-01272004 | 5.00 | 44.68 |
| 07/21/2004 | DED | Deduction-PLRA-01272004 | 5.00 | 49.68 |
| 08/06/2004 | DED | Deduction-PLRA-01272004 | 25.00 | 74.68 |
| 08/09/2004 | DED | Deduction-PLRA-01272004 | 6.80 | 81.48 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/02/2004 | CRS | CRS SAL ORD #2261021 D1 | ( 10.50) | 4.73 |
| 02/03/2004 | DMR | Mail Receipts  137 | 20.00 | 24.73 |
| 02/03/2004 | DED | Deduction-PLRA-01272004 | ( 4.00) | 20.73 |
| 02/09/2004 | CRS | CRS SAL ORD #2275973 D1 | ( 11.32) | 9.41 |
| 02/17/2004 | CRS | CRS SAL ORD #2289354 D1 | ( 7.31) | 2.10 |
| 02/23/2004 | CRS | CRS SAL ORD #2303762 D1 | ( 2.06) | 0.04 |
| 03/12/2004 | WFMS | Med Sick Fee  137  030904 | ( 0.04) | 0.00 |
| 03/17/2004 | DMR | Mail Receipts  137 | 15.00 | 15.00 |
| 03/17/2004 | DED | Deduction-PLRA-01272004 | ( 3.00) | 12.00 |

Case 3:02-cv-00860-AVC   Document 61   Filed 08/24/2004   Page 4 of 4

DOC:   0000014101      Name: BURGESON, JOSEPH JEFFREY              DOB: 03/18/1955
LOCATION: 137-L

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 03/30/2004 | CRS | CRS SAL ORD #2369984 D1 | ( 11.77) | 0.23 |
| 04/14/2004 | DMR | Mail Receipts  137 | 25.00 | 25.23 |
| 04/14/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 20.23 |
| 04/19/2004 | CRS | CRS SAL ORD #2407726 D1 | ( 15.97) | 4.26 |
| 04/21/2004 | DMR | Mail Receipts  137 | 21.00 | 25.26 |
| 04/21/2004 | DED | Deduction-PLRA-01272004 | ( 4.20) | 21.06 |
| 04/23/2004 | CEC | CEC SAL ORD #2407726 | 1.10 | 22.16 |
| 04/26/2004 | CRS | CRS SAL ORD #2421865 D1 | ( 8.66) | 13.50 |
| 04/29/2004 | WFMD | Med Dental Fee  137   042304 | ( 3.00) | 10.50 |
| 05/03/2004 | CRS | CRS SAL ORD #2432288 D1 | ( 10.32) | 0.18 |
| 05/14/2004 | DMR | Mail Receipts  137 | 16.00 | 16.18 |
| 05/14/2004 | DED | Deduction-PLRA-01272004 | ( 3.20) | 12.98 |
| 05/17/2004 | CRS | CRS SAL ORD #2459113 D1 | ( 11.93) | 1.05 |
| 05/24/2004 | CRS | CRS SAL ORD #2471498 D1 | ( 0.90) | 0.15 |
| 05/24/2004 | CEC | CEC SAL ORD #2471498 | 0.90 | 1.05 |
| 05/25/2004 | DMR | Mail Receipts  137 | 40.00 | 41.05 |
| 05/25/2004 | DED | Deduction-PLRA-01272004 | ( 8.00) | 33.05 |
| 06/01/2004 | CRS | CRS SAL ORD #2483930 D1 | ( 15.48) | 17.57 |
| 06/07/2004 | CRS | CRS SAL ORD #2496164 D1 | ( 7.45) | 10.12 |
| 06/14/2004 | CRS | CRS SAL ORD #2506784 D1 | ( 9.98) | 0.14 |
| 06/24/2004 | DMR | Mail Receipts  137 | 25.00 | 25.14 |
| 06/24/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 20.14 |
| 06/28/2004 | CRS | CRS SAL ORD #2533140 D1 | ( 15.74) | 4.40 |
| 07/06/2004 | CRS | CRS SAL ORD #2545611 D1 | ( 3.77) | 0.63 |
| 07/12/2004 | CRS | CRS SAL ORD #2557908 D1 | ( 0.45) | 0.18 |
| 07/13/2004 | CEC | CEC SAL ORD #2557908 | 0.45 | 0.63 |
| 07/19/2004 | CRS | CRS SAL ORD #2570307 D1 | ( 0.49) | 0.14 |
| 07/19/2004 | CEC | CEC SAL ORD #2570307 | 0.49 | 0.63 |
| 07/21/2004 | DMR | Mail Receipts  137 | 25.00 | 25.63 |
| 07/21/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 20.63 |
| 07/26/2004 | CRS | CRS SAL ORD #2582398 D1 | ( 13.61) | 7.02 |
| 08/06/2004 | DMR | Mail Receipts  137 | 125.00 | 132.02 |
| 08/06/2004 | DED | Deduction-PLRA-01272004 | ( 25.00) | 107.02 |
| 08/09/2004 | CRS | CRS SAL ORD #2608224 D1 | ( 6.96) | 100.06 |
| 08/09/2004 | DMR | Mail Receipts  137 | 34.00 | 134.06 |
| 08/09/2004 | DED | Deduction-PLRA-01272004 | ( 6.80) | 127.26 |
| 08/16/2004 | CRS | CRS SAL ORD #2619293 D1 | ( 10.05) | 117.21 |