# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 AUG 24 P 3:03

Burgeson
v.
City of New Haven

3:02 cv 860 (AVC) (TPS)

Notice of Appeal

Notice is hereby given that Joseph Burgeson, the plaintiff in the above-captioned complaint, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the ruling and order declining to exercise supplemental jurisdiction after dismissing his claim against the City of New Haven, entered in this action on January 12th, 2004, and the affirmation of that ruling and order entered in the plaintiff's Motion For Reconsideration on August 6, 2004.

Signed,
Joseph Burgeson, pro se

Joseph Burgeson
1153 East St. South
Suffield, CT 06080