SEP 08 2004    UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT    2004 SEP 30 P 5:10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Burgeson
   v.
New Haven, et al

3:02CV860 (AVC)(TPS)

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above-captioned complaint moves the court for a 90-day extension of time on its Ruling And Order of August 6th, 2004, directing him to move to amend his complaint, in order to add allegations, within 60 days, for the following reason:

The plaintiff has just added 2 police officers to his complaint, is waiting for their signed waivers of service and summons, and needs the additional time therefore to acquire more information through discovery from these officers to bolster his argument that his claims against the city of New Haven have standing under 42 U.S.C. § 1983.

Signed,
Joseph Burgeson

Date - 9-7-04

# DECLARATION

I, Joseph Burgeson, declare under penalty of perjury that I am the movant in the foregoing Motion for Extension of Time, and that the facts and statements contained therein are true and correct.

Signed,
Joseph Burgeson

Date - 9-7-04

# CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed on 9-7-04 to the following -

Michael Wolak
City of New Haven
165 Church St.
New Haven, CT 06510

Signed,
Joseph Bruguson
9-28-04

The plaintiff certifies that, although he omitted to sign and designate this certification, the motion was mailed to Michael Wolak on 9-7-04