UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Burgeson

v.

New Haven

3:02cv860 (AVC)

## MOTION FOR ORDER OF SERVICE AND IN SUPPORT OF APPLICATION FOR WAIVER OF SERVICE FEES

The plaintiff in the above-captioned complaint moves the court to grant his application for waiver of service and summons fees, and to order the U.S. Marshal Service to serve his complaint and summons on New Haven police officers Joe Pease and Darryl Cargill for the following reasons:

1.) The plaintiff is unable to pay to have these officers served by state sheriffs, and is otherwise unable to have his complaint and summonses served upon them. (See attached Trust Account Statement)

2.) On August 6, 2004 the court granted the plaintiff's motion to amend his complaint, one of the amendments to his complaint being the addition of police officers Joe Pease and Darryl Cargill to his complaint as defendants. The court ordered the plaintiff to serve the complaint on these officers.

3.) The plaintiff received, via U.S. mail, the court's ruling and order on August 16th, 2004, and on August 19th mailed to Officers Pease and Cargill copies of the amended complaint, along with two sets each of Notice of Lawsuit and Request for Waiver of Service of Summons. (See attached copies)

4. While the plaintiff requested on the Notice of Lawsuit form that the officers return the forms within 30 days, he has allowed 30 more days to pass in the hope that these officers would comply with his request, if only to avoid having to pay the services fees themselves.

5. Defendant Officers Pease and Cargill have as of this date - October 25th, 2004- failed to respond in any manner to the plaintiff's Request for Waiver of Service of Summons, and under the Duty to Avoid Costs of Service of Summons notice on the forms, citing Rule 4, Fed.R.Civ.P., these officers have now legally incurred the costs of service of summons.

CONCLUSION: For the above-stated reasons, the plaintiff respectfully asks the court to grant his application for waiver of service fees and to order the U.S. Marshals to effect service of summons on officers Joe Pease and Darry Cargill.

Signed,
Joseph Burgeson

# DECLARATION

I, Joseph Burgeson, do hereby declare under penalty of perjury that the facts and statements contained in the foregoing motion are true and correct.

Signed,
Joseph Burgeson

10-25-04

# CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed on October 25, 2004 to the following:

Michael Wolak
Asst. Corporation Counsel
165 Church St.
New Haven, CT 06510

— Joseph Burgeson