AO 240 (1/94)

# United States District Court

DISTRICT OF _____

Joseph Burgeson
Plaintiff

V.

City of New Haven
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:02-cv-860 (AVC)

I, _Joseph Burgeson_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _J.R. Gates Corr. Inst., Niantic, CT_

    Are you employed at the institution? _No_  Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment    ☐ Yes    ☒ No
    b.  Rent payments, interest or dividends              ☐ Yes    ☒ No
    c.  Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d.  Disability or workers compensation payments      ☐ Yes    ☒ No
    e.  Gifts or inheritances                            ☐ Yes    ☒ No
    f.  Any other sources                                ☒ Yes    ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  — None

I declare under penalty of perjury that the above information is true and correct.

10-25-04
DATE

_Joseph Burgison_
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____          _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

```
10/20/2004 11:32           DEPARTMENT OF CORRECTIONS              Page    1 Of    3
IM114                  CONNECTICUT DEPARTMENT OF CORRECTION          OTRTASTA
                          T R U S T  A C C O U N T  S T A T E M E N T     4.10.0.0.9 TR

   DOC: 0000014101     Name: BURGESON, JOSEPH JEFFREY           DOB: 03/18/1955
   LOCATION: 135-B
                                                         Max Date:
   ACCOUNT BALANCES  Total :    139.60   CURRENT:    139.60  HOLD:      0.00

                          04/20/2004      10/20/2004
   SUB ACCOUNT           START BALANCE   END BALANCE
   HOLIDAY PACKAGES           0.00           0.00
   PLRA                      24.28          91.28
   SPENDABLE BALANCE          4.26          48.32

                         DEBTS AND OBLIGATIONS
       TYPE      PAYABLE              INFO NUMBER       AMOUNT OWING    AMOUNT PAID

              TRANSACTION DESCRIPTIONS --      HOLIDAY PACKAGES  SUB-ACCOUNT
   DATE       TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT         BALANCE
              TRANSACTION DESCRIPTIONS --               PLRA   SUB-ACCOUNT
   DATE       TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT         BALANCE
   04/21/2004 DED     Deduction-PLRA-01272004             4.20           28.48
   05/14/2004 DED     Deduction-PLRA-01272004             3.20           31.68
   05/25/2004 DED     Deduction-PLRA-01272004             8.00           39.68
   06/24/2004 DED     Deduction-PLRA-01272004             5.00           44.68
   07/21/2004 DED     Deduction-PLRA-01272004             5.00           49.68
   08/06/2004 DED     Deduction-PLRA-01272004            25.00           74.68
   08/09/2004 DED     Deduction-PLRA-01272004             6.80           81.48
   09/22/2004 DED     Deduction-PLRA-01272004             5.00           86.48
   10/13/2004 DED     Deduction-PLRA-01272004             4.80           91.28
              TRANSACTION DESCRIPTIONS --      SPENDABLE BALANCE  SUB-ACCOUNT
   DATE       TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT         BALANCE
   04/21/2004 DMR     Mail Receipts  137                 21.00           25.26
   04/21/2004 DED     Deduction-PLRA-01272004   (        4.20)           21.06
   04/23/2004 CEC     CEC SAL ORD #2407726                1.10           22.16
   04/26/2004 CRS     CRS SAL ORD #2421865 D1   (        8.66)           13.50
   04/29/2004 WFMD    Med Dental Fee  137   042304 (     3.00)           10.50
   05/03/2004 CRS     CRS SAL ORD #2432288 D1   (       10.32)            0.18
   05/14/2004 DMR     Mail Receipts  137                 16.00           16.18
   05/14/2004 DED     Deduction-PLRA-01272004   (        3.20)           12.98
   05/17/2004 CRS     CRS SAL ORD #2459113 D1   (       11.93)            1.05
   05/24/2004 CRS     CRS SAL ORD #2471498 D1   (        0.90)            0.15
```

Counselor Hamilton
800-691-4797
3 pages

DOC: 0000014101    Name: BURGESON, JOSEPH JEFFREY                  DOB: 03/18/1955
LOCATION: 135-B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/24/2004 | CEC | CEC SAL ORD #2471498 | 0.90 | 1.05 |
| 05/25/2004 | DMR | Mail Receipts 137 | 40.00 | 41.05 |
| 05/25/2004 | DED | Deduction-PLRA-01272004 | ( 8.00) | 33.05 |
| 06/01/2004 | CRS | CRS SAL ORD #2483930 D1 | ( 15.48) | 17.57 |
| 06/07/2004 | CRS | CRS SAL ORD #2496164 D1 | ( 7.45) | 10.12 |
| 06/14/2004 | CRS | CRS SAL ORD #2506784 D1 | ( 9.98) | 0.14 |
| 06/24/2004 | DMR | Mail Receipts 137 | 25.00 | 25.14 |
| 06/24/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 20.14 |
| 06/28/2004 | CRS | CRS SAL ORD #2533140 D1 | ( 15.74) | 4.40 |
| 07/06/2004 | CRS | CRS SAL ORD #2545611 D1 | ( 3.77) | 0.63 |
| 07/12/2004 | CRS | CRS SAL ORD #2557908 D1 | ( 0.45) | 0.18 |
| 07/13/2004 | CEC | CEC SAL ORD #2557908 | 0.45 | 0.63 |
| 07/19/2004 | CRS | CRS SAL ORD #2570307 D1 | ( 0.49) | 0.14 |
| 07/19/2004 | CEC | CEC SAL ORD #2570307 | 0.49 | 0.63 |
| 07/21/2004 | DMR | Mail Receipts 137 | 25.00 | 25.63 |
| 07/21/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 20.63 |
| 07/26/2004 | CRS | CRS SAL ORD #2582398 D1 | ( 13.61) | 7.02 |
| 08/06/2004 | DMR | Mail Receipts 137 | 125.00 | 132.02 |
| 08/06/2004 | DED | Deduction-PLRA-01272004 | ( 25.00) | 107.02 |
| 08/09/2004 | CRS | CRS SAL ORD #2608224 D1 | ( 6.96) | 100.06 |
| 08/09/2004 | DMR | Mail Receipts 137 | 34.00 | 134.06 |
| 08/09/2004 | DED | Deduction-PLRA-01272004 | ( 6.80) | 127.26 |
| 08/16/2004 | CRS | CRS SAL ORD #2619293 D1 | ( 10.05) | 117.21 |
| 08/23/2004 | CRS | CRS SAL ORD #2631911 D1 | ( 22.94) | 94.27 |
| 08/27/2004 | CEC | CEC SAL ORD #2631911 | 1.43 | 95.70 |
| 08/30/2004 | CRS | CRS SAL ORD #2645185 D1 | ( 23.35) | 72.35 |
| 09/07/2004 | CRS | CRS SAL ORD #2657239 D1 | ( 10.48) | 61.87 |
| 09/09/2004 | WFME | Med Eye Fee 137 82304 | ( 3.00) | 58.87 |
| 09/13/2004 | CRS | CRS SAL ORD #2668898 D1 | ( 10.35) | 48.52 |
| 09/20/2004 | CRS | CRS SAL ORD #2681124 D1 | ( 9.07) | 39.45 |
| 09/22/2004 | DMR | Mail Receipts 137 | 25.00 | 64.45 |
| 09/22/2004 | DED | Deduction-PLRA-01272004 | ( 5.00) | 59.45 |
| 09/27/2004 | CRS | CRS SAL ORD #2693819 D1 | ( 6.36) | 53.09 |
| 09/27/2004 | CEC | CEC SAL ORD #2681124 | 0.91 | 54.00 |
| 10/07/2004 | WFMS | Med Sick Fee 137 91704 | ( 3.00) | 51.00 |
| 10/08/2004 | CRS | CRS SAL ORD #2717744 D3 | ( 11.74) | 39.26 |
| 10/13/2004 | DMR | Mail Receipts 135 | 24.00 | 63.26 |

```
                        DEPARTMENT OF CORRECTIONS              Page    3 Of   3
IM114              CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T  4.10.0.0.9 TR
```

DOC: 0000014101    Name: BURGESON, JOSEPH JEFFREY      DOB: 03/18/1955
LOCATION: 135-B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/13/2004 | DED | Deduction-PLRA-01272004 | ( 4.80) | 58.46 |
| 10/14/2004 | WPOS | Postage 135 | ( 0.46) | 58.00 |
| 10/15/2004 | CRS | CRS SAL ORD #2730639 D3 | ( 9.68) | 48.32 |