UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 14  P 1:50

U.S. DISTRICT COURT
HARTFORD, CT.

JOSEPH BURGESON

v.                                    CASE NO. 3:02CV860(AVC) (TPS)

CITY OF NEW HAVEN, ET AL.

PRISONER

RULING AND ORDER

On August 6, 2004, the court granted plaintiff's motion for leave to file an amended complaint to add Officers Pease and Cargill as defendants. Because the plaintiff had paid the filing fee to commence this action, the court directed the plaintiff to serve defendants Pease and Cargill with a copy of the amended complaint in their official and individual capacities. To date, the plaintiff has not filed returns of service with the court indicating that he has served defendants Pease and Cargill.

Pending before the court are plaintiff's motions for extension of time, for service and for leave to proceed in forma pauperis. The plaintiff seeks an extension of time to file an amended complaint to add allegations that at the time of his arrest, the City of New Haven had a custom or policy of using excessive force against suspects. The motion is granted. The plaintiff shall file his motion for leave to amend and proposed amended complaint within twenty days of the date of this order. If the plaintiff fails to file his motion for leave to amend within that time, the case will proceed as to defendants Palmer, White, Cargill, and Pease only.

The plaintiff paid the filing fee in this action. He now seeks an order directing the United States Marshal to serve the amended complaint on defendants Pease and Cargill. The plaintiff claims that he attempted to serve these defendants by mail, but neither defendant has returned a signed waiver of service of summons form to him. He claims he cannot personally serve these defendants because he cannot pay the cost of service. He seeks an order directing the United States Marshal to serve the amended complaint on these defendants and asks that the costs for service be waived. The plaintiff attaches an inmate account statement indicating that he has a spendable balance of $48.32. He does not state that he made any attempt to contact a process server to determine the cost of serving defendants Pease and Cargill.[1] Thus, the court concludes that the plaintiff has not demonstrated good cause for the issuance of an order directing the United States Marshal to serve the amended complaint on defendants Pease and Cargill free of charge.

## Conclusion

The plaintiff's Motion for Extension of Time to add allegations concerning a custom and policy of the City of New Haven [doc. # 65] is **GRANTED**. The plaintiff shall file his motion for

---

[1] Federal Rule of Civil Procedure 4(c)(2) provides that "[s]ervice may be effected by any person who is not a party and who is at least 18 years of age." Thus, the plaintiff need not necessarily hire a process server to serve the amended complaint.

leave to amend and proposed amended complaint within twenty days of the date of this order. If the plaintiff fails to file his motion for leave to amend within that time, the case will proceed as to defendants Palmer, White, Cargill, and Pease only. The plaintiff's Motion for Order of Service [doc. # 66] is **DENIED** for lack of good cause shown. The Application for Leave to Proceed In Forma Pauperis [doc. # 67] is **DENIED**.

The plaintiff is directed to serve defendants Pease and Cargill with a copy of the amended complaint in their official and individual capacities within thirty days of the date of this order and to file return of service with the court after service has been effected. Failure to comply with this order will result in dismissal of the amended complaint as to defendants Pease and Cargill in their individual and official capacities. See Rule 4(m), Fed. R. Civ. P. ("if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the court . . . upon its own initiative after notice to the plaintiff, shall dismiss the case without prejudice . . . .").

SO ORDERED in Hartford, Connecticut, this 14th of December, 2004.



THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE