UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Burgeson
  v.
New Haven

3:02cv860 (AVC) (TPS)

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above-captioned complaint moves this court for an extension of time on its order that the plaintiff make service within 30 days on defendants Pease and Cargill for the following reasons:

1. On December 14, 2004 the court denied the plaintiff's motion for in forma pauperis, which the plaintiff sought in order to have defendants Pease and Cargill served with copies of his complaint and summonses. The plaintiff took this action because Pease and Cargill had failed to respond to service via the U.S. mail.

2. On December 6, 2004, the plaintiff was released from prison. Because the court's ruling and order of December 14 was first mailed to the last prison he was incarcerated in, the plaintiff did not receive the court's order to make service until January 12, 2005.

CONCLUSION: For the above-stated reasons, the plaintiff

respectfully asks that the court grant him an extension of its order that he make service on defendants Pease and Cargill within 30 days of its December 14, 2004 ruling. The plaintiff has always acted timely in this action, and assures the court that he will make service upon defendants Pease and Cargill as soon as he is able to do so. The plaintiff reminds the court that he is still acting pro se in this matter, and further advises the court that he is unemployed, and so is unable to pay for official service.

Signed,
Joseph Burgeson

Date - January 21, 2005

# CERTIFICATION

This is to certify that a copy of the foregoing motion for extension of time was mailed, first-class postage, on February 2, 2005, to the following:

Michael Wolak
Asst. Corporation Counsel
165 Church St.
New Haven, CT 06510

*Joseph Bergeson*