MANDATE

FILED

2005 APR 18 P 3:45

D. Ct. (new haven)
02-CV-860
Covello, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 17th day of March two thousand and five,

Present:
    Hon. Jon O. Newman,
    Hon. Chester J. Straub,
    Hon. Richard C. Wesley,
        *Circuit Judges.*

Joseph Burgeson,

        Plaintiff-Appellant,

v.                                             04-4681-pr

J.D. Smith, Lt., et al.,

        Defendants-Appellees.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See Coopers & Lybrand v. Livesay, 437 U.S. 463, 467 (1978). Therefore, it is ORDERED that the appeal is DISMISSED and all pending motions are DENIED.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By *[signature] Lucille Carr*

MAR 17 2005

ISSUED AS MANDATE: APR 13 2005

A TRUE COPY
Roseann B. MacKechnie, Clerk
*[signature]*