UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH BURGESON
                                                       PRISONER
   v.                           CASE NO. 3:02CV860(AVC) (TPS)

CITY OF NEW HAVEN, ET AL.

RULING AND ORDER

The plaintiff seeks a thirty day extension of time to serve defendants Pease and Cargill. The Motion [**doc. # 70**] is **GRANTED**.

**The plaintiff is directed to serve defendants Pease and Cargill with a copy of the amended complaint in their official and individual capacities within thirty days of the date of this order and to file return of service with the court within forty-five days of the date of this order.** Failure to comply with this order will result in dismissal of the amended complaint as to defendants Pease and Cargill in their individual and official capacities. See Rule 4(m), Fed. R. Civ. P. ("if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the court . . . upon its own initiative after notice to the plaintiff, shall dismiss the case without prejudice . . . .").

SO ORDERED in Hartford, Connecticut, this 21st of April, 2005.

                                                 /s/ Thomas P. Smith
                                                   THOMAS P. SMITH
                                         UNITED STATES MAGISTRATE JUDGE