AO 458 (Rev. 5/85) Appearance

_____

# United States District Court

_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

**JOSEPH BURGESON**


**VS.**                                    **CASE NUMBER: 3:02-CV-00860 (AVC)**

**CITY OF NEW HAVEN, ET AL**


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following defendants:
**Officer Darryl Cargill and Officer Joe Dease.**


Date:  May 3, 2005                    /s/:_____
                                       Michael A. Wolak, III
                                       Assistant Corporation Counsel
                                       City of New Haven
                                       Office of Corporation Counsel
                                       165 Church Street, 4th Floor
                                       New Haven, CT 06510
                                       Tel:  (203) 946-7970
                                       Fax: (203) 946-7942
                                       Mwolak@newhavenct.net
                                       Fed. Bar #ct12681

## **CERTIFICATION**

       This is to certify that a copy of the foregoing Appearance was mailed, postage prepaid, on May 3, 2005 to the following pro se party:

Joseph Burgeson
150 Dawson Avenue
West Haven, CT 06516


                                           _____
                                           Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D025\P002\00010317.DOC