UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSEPH BURGESON** | : | **CASE NUMBER:** |
| Plaintiff | : | |
| **VS.** | : | **3:02CV00860 (AVC)** |
| **CITY OF NEW HAVEN, ET AL.** | : | |
| Defendants | : | June 13, 2005 |

### STIPULATION OF DISMISSAL

The plaintiff and the defendants hereby stipulate that the above captioned action may be dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

THE PLAINTIFF, JOSEPH BURGESON

BY: /s/_____
 Joseph Burgeson, Pro Se
 150 Dawson Street
 West Haven, CT 06516

THE DEFENDANTS,

By: /s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510
(203) 946-7970 or 7958
Fax No. (203) 946-7942
E-mail: mwolak@newhavenct.net
Federal Bar No. ct12681
Attorney for Defendants

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was either hand delivered or mailed, postage prepaid, on June 13, 2005, to the plaintiff, who is pro se:

Joseph Burgeson
150 Dawson Street
West Haven, CT 06516

/s/_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D010\P002\00001349.DOC