UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 28 A 10: 21
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **JOSEPH BURGESON** | : | **CASE NUMBER:** |
| Plaintiff | : | |
| VS. | : | 3:02CV00860 (AVC) |
| | | |
| **CITY OF NEW HAVEN, ET AL.** | : | |
| Defendants | : | June 13, 2005 |

### STIPULATION OF DISMISSAL

The plaintiff and the defendants hereby stipulate that the above captioned action may be dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

THE PLAINTIFF, JOSEPH BURGESON

BY: /s/ Joseph Burgeson
Joseph Burgeson, Pro Se
150 Dawson Street
West Haven, CT 06516

3:02CV860 (AVC) June 29, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2005 JUN 29 P 2: 13
U.S. DISTRICT COURT
HARTFORD, CT.